**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


DONALD JACKSON                                                                    PETITIONER
Reg #25664-077


v.                                   Case No. 2:11CV00233 SWW-JTK


T.C. OUTLAW, *Warden*,
FCI-Forrest City                                                                  RESPONDENT


## ORDER

The Court has received proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.  After careful review of the findings and recommendations

and the timely objections thereto, as well as a de novo review of the record, the Court concludes

that the findings and recommendations should be, and are hereby, approved and adopted as this

Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 23rd day of July, 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE