### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD JACKSON                                                          PETITIONER
Reg #25664-077

v.                           Case No. 2:11CV00233 SWW-JTK

T.C. OUTLAW, *Warden*,
FCI-Forrest City                                                    RESPONDENT

### **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 23rd day of July, 2012.

                                                             /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE