IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD JACKSON                                                                                          PETITIONER
Reg #25664-077

v.                                    Case No. 2:11CV00233 SWW-JTK

T.C. OUTLAW, *Warden*,
FCI-Forrest City                                                                                         RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this 23rd day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE